DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PALM BEACH COUNTY BOARD OF COUNTY COMMISSIONERS,**
Appellant,

v.

**JOHN HERRING,**
Appellee.

No. 4D2025-1996

[July 23, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid Parker Scott II, Judge; L.T. Case No. 502018CA015993XXXXMB.

Sean Fahey, Assistant County Attorney for Palm Beach County Attorney's Office, West Palm Beach, for appellant.

Isidro M. Garcia of the Garcia Law Firm, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, JJ., and SCHWAB, CHARLES, ANTHONY, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***